# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br>HENDRICK MARTINEZ CORREA<br><br>DEBTOR(S)<br><br>USDA RURAL DEVELOPMENT<br>MOVANT<br><br>HENDRICK MARTINEZ CORREA<br>ALEJANDRO OLIVERAS RIVERA, TRUSTEE<br>RESPONDENT(S) | CASE NO. 09-05089 (SEK)<br><br>CHAPTER 13<br><br>INDEX A |

## NOTICE OF MOTION FOR RELIEF FROM STAY UNDER II U.S.C. § 362

To the above name respondent(s): Debtor, Hendrick Martinez Correa, at HC-70 BOX 49527, SAN LORENZO PR 00754, debtor's attorney, Roberto Figueroa-Carrasquillo, at PO Box 193677, San Juan PR 00919-3677, and the Chapter 13 Trustee, Alejandro Oliveras Rivera, at PO Box 9024062, San Juan PR 00902-4062.

You are hereby notified that on **April 26, 2011** the above named movant(s) filed a Motion Seeking relief from the Automatic Stay under U.S.C.§ 362.

Service of the motion and notice shall be made within three (3) days after issuance of the notice. A certificate of service must be file forthwith, but not later than seven (7) days after service is done. If the certificate of service is not timely filed, the Court may deny the motion for failure to give notice within three (3) days from issuance.

You must file an answer to the motion within fourteen (14) days from the service of this notice, and serve such answer upon movant or his attorney Juan C. Fortuño whose address is P.O. Box 13786, San Juan, Puerto Rico 00908.

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

If a timely answer is filed, then on 5/24/2011, at 8:30A.M. at the United States Bankruptcy Court, U.S. Post Office and Courthouse Bldg., 300 Recinto Sur, 2nd Floor, Courtroom 1, Old San Juan, P.R., is fixed as the time and place for the hearing on such motion.

**CELESTINO MATTA-MENDEZ, CLERK**
**United States Bankruptcy Court**

By: /S/Eduardo Bujosa

Date of Issuance: 4/26/2011