IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| HENDRICK MARTINEZ CORREA | CASE NO: 09-05089 (SEK) |
| DEBTOR(S) | CHAPTER: 13 |
| USDA RURAL DEVELOPMENT | Index: A |
| MOVANT | Lift of Automatic Stay for Cause under |
| VS. | 11 USC §362 (d) (1) |
| HENDRICK MARTINEZ CORREA | |
| ALEJANDRO OLIVERAS RIVERA, TRUSTEE | |
| RESPONDENTS | |

**CERTIFICATE OF SERVICE**

TO THE HONORABLE COURT:

Comes now secured creditor, USDA RURAL DEVELOPMENT, through the undersigned counsel and respectfully informs as follows:

1. I hereby certify that on April 26, 2011, I electronically filed a Motion for Relief of the Automatic Stay under 11 USC §362, with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee ALEJANDRO OLIVERAS RIVERA (aorecf@ch13sju.com) and debtor's attorney Roberto Figueroa-Carrasquillo (rfigueroa@prtc.net).

2. On April 27, 2011, a copy of the Notice on Motion for Relief of Stay Under 11 USC §362 was sent by certified mail to the debtor's attorney and the Chapter 13 Trustee at their addresses of record, as stated hereinafter.

3. On April 27, 2011, a copy of the Motion for Relief of the Automatic Stay Under 11 USC §362 together with the Notice on Motion for Relief of Stay under 11 USC §362 was sent by certified mail to Debtor at his address of record as stated hereinafter.

RESPECTFULLY notified, this 27th day of April 2011.

/s/ Juan C. Fortuño Fas
JUAN C. FORTUÑO FAS
USDCPR 211913
FORTUÑO & FORTUÑO FAS, P.S.C.
PO BOX 13786
SAN JUAN PR 00908
TEL: 787-751-5290
FAX: 787-751-6155
E-MAIL: bkfilings@fortuno-law.com
/brm



**Receipt 1:**
- Tracking: 7010 0290 0002 9320 6971
- Postage: 0.64
- Certified Fee: 2.85
- Return Receipt Fee: 2.30
- Total Postage & Fees: $5.79
- 09-05089-SEK13
- APR 27 2011, MAILED FROM ZIP CODE 00909
- Sent To: Hendrick Martinez Correa, HC 70 Box 49527, San Lorenzo PR 00754

**Receipt 2:**
- Tracking: 7010 0290 0002 9320 6988
- Postage: 0.64
- Certified Fee: 2.85
- Return Receipt Fee: 2.30
- Total Postage & Fees: $5.79
- 09-05089-SEK13
- APR 27 2011, MAILED FROM ZIP CODE 00909
- Sent To: Ledo. Roberto Figueroa Carrasquillo, PO Box 193677, San Juan PR 00919-3677

**Receipt 3:**
- Tracking: 7010 0290 0002 9320 6957
- Postage: 0.64
- Certified Fee: 2.85
- Return Receipt Fee: 2.30
- Total Postage & Fees: $5.79
- 09-05089-SEK13
- APR 27 2011, MAILED FROM ZIP CODE 00909
- Sent To: Alejandro Oliveras Rivera, Chapter 13 Trustee, PO Box 9024062, San Juan PR 00902-4062